UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher M. Palermo</u>

        v.                                                Civil No. 11-cv-506-JD

<u>Michael Edmark, et al.</u>


## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Attachments to Plaintiff's Motion to Appoint Counsel, Document #29 in the above-captioned case, contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Attachments to the Motion to Appoint Counsel.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachments to the Motion to Appoint Counsel, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                                 <u>/s/ Landya B. McCafferty</u>
                                                                 Landya B. McCafferty
                                                                 United States Magistrate Judge


Date:   August 20, 2012


cc:      Christopher M. Palermo, pro se
         Nancy Smith, Esq.
         Russell Hilliard, Esq.